Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROXANNA ARIAS,<br><br>    Defendant. | No.  6:13-mj-113-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon. The parties have reached a resolution whereby Defendant will pay a bailable citation for the one count in the criminal complaint.

Dated:  November 21, 2013         NATIONAL PARK SERVICE

 /S/ Matthew McNease_____
Matthew McNease
Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Roxanna Arias, 6:13-mj-113-MJS*, be dismissed, without prejudice, in the interest of justice.


IT IS SO ORDERED.

Dated:   November 21, 2013              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE